## Commonwealth *v.* McAdams, Appellant.

Submitted December 4, 1972. *James David McAdams*, appellant, in propria persona; *Vram Nedurian, Jr.,* and *Anna I. Vadino*, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McIntosh, Appellant.

Submitted December 4, 1972. *Herman Weiner*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.